IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG HENSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 3:15-cv-0853 |
| AMERICAN TOWER CORPORATION, ) | JURY DEMAND |
| AMERICAN TOWER ANTENNA ASSET ) | |
| SUB LLC, AMERICAN TOWER ) | |
| GUARANTOR SUB LLC, AMERICAN ) | |
| TOWER HOLDING SUB LLC, and ) | |
| AMERICAN TOWER MANGEMENT, LLC ) | |
| Defendants. ) | |
| ) | |

**JOINT PROGRESS REPORT AND MOTION FOR EXTENSION OF STAY
OF CASE MANAGEMENT DEADLINES**

**COME NOW** the parties in the above-styled matter and hereby provide the Court a report regarding the continued need for a stay of all proceedings and respectfully request the Court extend the current stay of case management deadlines until the patient has reached maximum medical improvement.

The parties respectfully request the stay presently in place be extended to allow time for Plaintiff's health to continue to improve. The parties previously filed a motion requesting a stay of discovery and an extension of case management deadlines (Docket No. 26) to allow Plaintiff to reach maximum medical improvement and allow for meaningful settlement discussions, which the Court approved (Docket No. 27). To date, Plaintiff has yet to receive adequate assurance from his treating physician as to whether he has reached maximum medical improvement from any injuries he suffered in connection with the events that precipitated this lawsuit.

Plaintiff is currently being treated for chronic neck and low back pain. Plaintiff has informed Defendants that recent assessments have revealed possible nerve damage in the

cervical spine region, and, therefore, additional providers have been consulted to fully evaluate the condition. Plaintiff's treating physician has also recommended additional surgery to be performed in the near future. At this point, it appears that Plaintiff may not have reached maximum medical improvement and the parties ask the Court to extend the stay of proceedings until Plaintiff's treating physician establishes that he has reached maximum medical improvement. An extension of the stay will facilitate meaningful settlement discussions that can only occur once Plaintiff is confident his condition is unchanging and will enable the parties to avoid the potentially unnecessary expense associated with simultaneously proceeding with the litigation. Additionally, an extension of the stay of discovery for these purposes will not result in prejudice to any party.

**WHEREFORE**, premises considered, the parties respectfully request an indefinite extension of the stay of all discovery until Plaintiff reaches maximum medical improvement.

For the Court's convenience, an Agreed Order granting the requested relief is attached.

**DATED** this 30th day of September 2016.

Respectfully submitted,

/s/ Virginia M. Yetter
Virginia M. Yetter (#031471)
Sarah B. Miller (#033441)
David A. King (#011559)
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2700
Nashville, Tennessee 37201

*Attorneys for Defendants*

/s/ Craig P. Glenn
Craig P. Glenn (#31439)
Bill Easterly (#15425)
3017 Poston Avenue
Nashville, Tennessee 37203
Phone: (615) 244-2222

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that, on September 30, 2016, the foregoing was served on the following counsel via the U.S. District Court's electronic filing system:

Craig P. Glenn (#31439)
Bill Easterly (#15425)
3017 Poston Avenue
Nashville, Tennessee 37203

                    /s/ Virginia M. Yetter